# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAGDALENA DIAZ, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-cv-00265 |
| v. | (SAPORITO, M.J.) |
| ANDREW SAUL, | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of March, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall **CLOSE** this case.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 26, 2021